No. 98–6022.   Rosenthal v. Banks, Administrative Appeals Judge, Department of Health and Human Services, 525 U. S. 972.   Motion for leave to file petition for rehearing denied.

### August 30, 1999

No. 99–105.   Southern Union Co. v. Morse.   C. A. 8th Cir.   Certiorari dismissed under this Court's Rule 46.1.

### August 31, 1999

No. 99–6003 (A–177).   In re Leisure.   Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.